IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. AP-05-0101 |
| CABLE & WIRELESS USA INC., *et al.*, ) | |
| ) | |
| Debtor and Debtor in Possession ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of the captioned appeal with prejudice. The parties shall bear their own costs. This proceeding may be closed.

Date: July 29, 2005

MCCARTER & ENGLISH LLP

William F. Taylor, Jr. (#2936)
919 North Market Street, Suite 1800
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-2496

-and-

Richard M. Lucas
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
**Counsel to Appellant Plaza America
Office Development LLC**

*/s/ Edmon L. Morton /WFT*
Robert S. Brady
Edmon L. Morton
Sean T. Greecher
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, DE 19899

-and-

Eric E. Sagerman
Rolf S. Woolner
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

-and-

Todd J. Dressel
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
**Counsel to Omega Liquidating Trust**

*/s/ Christopher P. Simon /WFT*
Christopher P. Simon
CROSS & SIMON, LLC
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

-and-

Andrew V. Tenzer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
**Counsel to SAVVIS, Inc.**